Mark J. Alexander, SBN 184265
LAW OFFICES OF MARK J. ALEXANDER
1500 J Street, Second Floor
Modesto, CA 95354
Phone Number: (209) 577-1646
Fax Number: (209) 577-1647

Attorney for Plaintiff ALBERT SIMONIAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT SIMONIAN, | Case No.: 1:12-cv-00438-BAM |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| CITY OF MERCED POLICE DEPARTMENT, OFFICER S. MEJIA and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ALBERT SIMONIAN and Defendants CITY OF MERCED POLICE DEPARTMENT and OFFICER S. MEJIA, by and through their undersigned Counsel that all of the claims by Plaintiff alleged against Defendants CITY OF MERCED POLICE DEPARTMENT and OFFICER S. MEJIA be dismissed with prejudice, pursuant to Rule 41 (a) (1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorneys' fees and costs.

///
///
///
///
///

IT IS SO STIPULATED.

DATED: July 9, 2013                LAW OFFICES OF MARK J. ALEXANDER

By  /s/ Mark J. Alexander
    Mark J. Alexander
    Attorney for Plaintiff

DATED: July 1, 2013                PORTER SCOTT
                                   A Professional Corporation

By  /s/ John R. Whitefleet
    John R. Whitefleet
    Attorneys for Defendants

## ORDER

On July 9, 2013, Plaintiff filed a Stipulated Notice of Dismissal (Doc. 11), indicating that Plaintiff dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Pursuant to the stipulation, and good cause showing, this Court:

1. DISMISSES this case without prejudice;
2. VACATES all pending matters; and
3. DIRECTS the Clerk of the Court to CLOSE this case.

IT IS SO ORDERED.

Dated:  July 11, 2013                /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE